### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHRISTOPHER MAZZEO, individually,
and on behalf of all others similarly
situated,**

      **Plaintiff,**

**v.**                                      **Case No: 8:17-cv-100-T-35AAS**

**MG CB SRC, INC.,**

      **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 5, 2017, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled.  (Dkt. 29)  Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of October, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party